UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re:     TORIANO TERRELL MITCHELL     ) Case No. 20-10991-jps
                                        ) Chapter 13 Proceedings
           Debtor                       ) Judge Jessica E. Price Smith

**TRUSTEE'S MOTION FOR ORDER CLOSING CASE WITHOUT DISCHARGE**

Now comes LAUREN A. HELBLING, the duly appointed and qualified Standing Chapter 13 Trustee ("Trustee") herein, and hereby moves this Honorable Court for an order closing the case at bar without discharge. In support of this motion, the Trustee makes the following representations to the Court:

1. Sufficient funds were remitted to the Trustee to pay all claims and costs in the case and to complete the plan.

2. The Trustee believes that the debtor is not eligible for a discharge in the case at bar for the following reason(s):

____    pursuant to § 1328(f) of the Bankruptcy Code, the history of the Debtor's previous Bankruptcy filings has rendered the debtor ineligible for a discharge in the case at bar.

__X__   pursuant to § 1328(a) of the Bankruptcy Code, the plan and/or schedules of the Debtor indicate(s) that the Debtor is required by a judicial or administrative order, or by statute, to pay a domestic support obligation; however, Debtor has not certified that all amounts payable under such order or such statute have been paid.

WHEREFORE, your Trustee, being a proper party in interest, moves this Honorable Court to grant this motion, and to close the case at bar without the issuance of a discharge for the reasons cited.

/s/ Lauren A. Helbling
LAUREN A. HELBLING (#0038934)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268     Fax (216) 621-4806
Ch13trustee@ch13cleve.com

# CERTIFICATE OF SERVICE

I certify that on December 22, 2021 a true and correct copy of this Trustee's Motion for Order Closing Case without Discharge was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

 WILLIAM J. BALENA, on behalf of TORIANO TERRELL MITCHELL, Debtor at docket@ohbksource.com

And by regular U.S. Mail, postage prepaid, on:

 TORIANO TERRELL MITCHELL, Debtor(s), at 39342 STONEFIELD PLACE, AVON, OH 44011

         /s/ Lauren A. Helbling
         LAUREN A. HELBLING (#0038934)
         Chapter 13 Trustee
         200 Public Square, Suite 3860
         Cleveland OH 44114-2321
         Phone (216) 621-4268 Fax (216) 621-4806
         Ch13trustee@ch13cleve.com